Tam Le,
127 Sapphire Dr
Irvine CA 92602
(714) 548-7158
Plaintiff in pro per




# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TAM LE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE ONE RECEIVEABLES, <br><br> Defendant. | CASE NO.: SACV13-00838 DOC(JPRx) <br><br> **COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT** <br><br> **DEMAND FOR TRIAL BY JURY** |

### COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

This is an action for damages brought for violations of the Fair Credit Reporting Act (hereinafter referred to as "FCRA") 15 U.S.C. §1681 *et seq*.

### JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.
2. Plaintiff has performed all conditions precedent to the bringing of this action.
3. Venue in this District is proper pursuant to 28 U.S.C. § 1391(a) and 15 U.S.C. § 1681, in that Defendant resides and does business in this District.

### PARTIES

4.  Plaintiff Tam Le, a natural person, resides in the City of Irvine, in the County of Orange, in the State of California.

5.  Plaintiff is informed, believes, and thereon alleges that Defendant ALLIANCE ONE RECEIVEABLE is a company with offices at 4850 Street Rd ste 300 Trevose PA 19053.

## FACTUAL ALLEGATIONS

6.  On October 9, 2012, Defendant obtained Plaintiff's Experia consumer credit reports without permissible purpose.

7.  At no time did Plaintiff ever have a relationship of any kind with Defendant as defined within the FCRA, 15 U.S.C. § 1681b(3)(A)-(F).

8.  Based on information and belief, Defendant had no lawful purpose for requesting, obtaining, and using Plaintiff's consumer credit report from Experian consumer credit report on either October 2012. Therefore, Defendant's request, acquisition, and use of Plaintiff's consumer credit report was in violation of the FCRA, 15 U.S.C 15 § 1681b(f).

9.  Defendant's failure to comply with the FCRA when it requested, obtained, and used Plaintiff's Experian consumer credit report on October 2012, was willful, as contemplated under 15 U.S.C. § 1681n under the FCRA. Defendant's said conduct damaged Plaintiff.

10. In the alternative, Defendant's failure to comply with the FCRA when it requested, obtained, and used Plaintiff's consumer credit report on October 2012, was negligent, as contemplated under 15 U.S.C. § 1681o of the FCRA. Defendant's said conduct damaged Plaintiff.

11. Discovery of Defendant's violation of the FCRA, 15 U.S.C § 1681b(f) occurred on January 3rd, 2013, and is within the statute of limitations as defined by the FCRA, 15 U.S.C § 1681p.

## FIRST CAUSE OF ACTION
### VIOLATION OF 15 U.S.C. §1681
### Willful Non-Compliance By Defendant

12. Plaintiff re-alleges and incorporates by reference each and every allegation contained in each and every aforementioned paragraph as though fully set forth herein.

13. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

14. Defendant is a furnisher of information as defined by 15 U.S.C. §1681s-2 of the FCRA.

15. Defendant's willful violations of the FCRA include, but are not limited to, the following:

(a) Defendant willfully violated 15 U.S.C. §1681b(f) of the FCRA by repeatedly obtaining Plaintiff's consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b. (See Exhibit 1)

## SECOND CAUSE OF ACTION

## VIOLATION OF 15 U.S.C. §1681

### Negligent Non-Compliance By Defendant

16. Plaintiff re-alleges and incorporates by reference each and every allegation contained in each and every aforementioned paragraph as though fully set forth herein.

17. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

18. Defendant is a furnisher of information as defined by 15 U.S.C. §1681s-2 of the FCRA.

19. Plaintiff sent 3 Validations of debt letters to Defendant, with the united states post office certified mails, the first one was on January 5th, 2013 see exhibit P2
The second time was on January 26th, 2013, see (exhibitP3). The third time February 16th 2013th .see (exhibit P4), on each letters Plaintiff has asked Defendant to either validate the allege debt and reason for obtaining Plaintiff's credit report, or to remove it's inquiry, and at no time Defendant responded to Plaintiff, which is a clear violation of the FCRA.
This was in an effort to mitigate damages and reach settlement prior to litigation for their violation of the Fair Credit Reporting Act, 15 U.S.C & 1581, et seq

Defendant's negligent violations of the FCRA include, but are not limited to, the following:

    (a)    Defendant negligently violated 15 U.S.C. §1681b(f) by repeatedly obtaining Plaintiff's consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For statutory damages pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o (a).
2. For punitive damages that would include any adverse ruling in state court.
3. For Plaintiff's costs in this action.
4. For reasonable attorney's fees incurred herein.
5. For such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY DEMANDED

Plaintiff demands a trial by jury on all issues.

DATED this 30th day of May, 2013.

By: _____
Tam Le

# Exhibit 1

# Credit Inquiries

Here you will find the names of those who have obtained a copy of your credit report, including lenders, landlords and employers. Remember, inquiries remain on your report for up to 2 years.

*Exhibit P1*

---

### ALLIANCEONE RECEIVABLE

  Experian    Equifax    TransUnion

877-480-5110
4850 E STREET RD STE 300
TREVOSE, PA 19053

**Business Name:** ALLIANCEONE RECEIVABLE
**Inquiry Date:** 10/8/2012
**Business Type:** Other Collection Agencies

---

### NAVY FCU

Experian    Equifax    TransUnion

**Business Name:**
**Inquiry Date:**
**Business Type:**

Equifax:
NAVY FCU
8/24/2012
Other

---

### AMEX

Experian    Equifax    TransUnion

800-874-2717
PO BOX 981537
EL PASO, TX 79998

**Business Name:** AMEX
**Inquiry Date:** 8/5/2012
**Business Type:** Bank Credit Cards

---

### NOWCOM/OC AUTO EXPO GR

Experian    Equifax    TransUnion

714-895-0033
13750 BEACH BLVD
WESTMINSTER, CA 92683

**Business Name:** NOWCOM/OC AUTO EXPO GR
**Inquiry Date:** 7/30/2012
**Business Type:** Automobile Dealers, Used

---

Personal Information | Report Summary | Bankruptcies | **Credit Inquires Page 1 of 13** | Credit Cards & Loans | Credit Score

Exhibit 2

English        Customer Service        USPS Mobile                                                                Register / Sign In



Exhibit P2

Search USPS.com or Track Packages

Quick Tools         Ship a Package         Send Mail         Manage Your Mail         Shop         Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| | First-Class Mail® | Delivered | January 08, 2013, 9:49 am | FEASTERVILLE TREVOSE, PA 19053 | Expected Delivery By: January 8, 2013 Certified Mail™ |
| | | Depart USPS Sort Facility | January 08, 2013 | PHILADELPHIA, PA 19176 | |
| | | Processed at USPS Origin Sort Facility | January 08, 2013, 1:00 am | PHILADELPHIA, PA 19176 | |
| | | Dispatched to Sort Facility | January 05, 2013, 6:16 pm | WESTMINSTER, CA 92685 | |
| | | Acceptance | January 05, 2013, 1:04 pm | WESTMINSTER, CA 92685 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ $1.10
Certified Fee $2.95
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $4.05

Sent To *Alliance One Receivables Management inc*
Street, Apt. No.; or PO Box No. *4850 Street Rd ste 300*
City, State, ZIP+4 *Trevose PA 19053*

7010 1870 0000 6779 8180

# Exhibit 3

English    Customer Service    USPS Mobile      Register / Sign In



**Exhibit P3**

Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

**You entered:** 70121010000183688932

**Status: Delivered**

Your item was delivered at 11:10 am on January 29, 2013 in FEASTERVILLE TREVOSE, PA 19053. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

☐ I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

Find

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright © 2013 USPS. All Rights Reserved.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**7012 1010 0001 8368 8932**

| | | |
|---|---|---|
| Postage | $ | $1.10 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.05 |

Postmark Here

**Sent To** _General Manager, Alliance One Receivable Management is_
**Street, Apt. No.;**
**or PO Box No.** _4850 Street rd, ste 300_
**City, State, ZIP+4** _Trevose P.A. 19053_

Exhibit 4

English        Customer Service        USPS Mobile                                         Register / Sign In



Exhibit P4

Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
|  | First-Class Mail® | Delivered | February 19, 2013, 11:03 am | FEASTERVILLE TREVOSE, PA 19053 | **Expected Delivery By:** February 19, 2013 Certified Mail™ |
|  |  | Depart USPS Sort Facility | February 19, 2013 | PHILADELPHIA, PA 19176 |  |
|  |  | Processed at USPS Origin Sort Facility | February 19, 2013, 2:16 am | PHILADELPHIA, PA 19176 |  |
|  |  | Dispatched to Sort Facility | February 16, 2013, 1:06 pm | TUSTIN, CA 92781 |  |
|  |  | Acceptance | February 16, 2013, 12:21 pm | TUSTIN, CA 92781 |  |

## Check on Another Item

What's your label (or receipt) number?

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

https://tools.usps.com/go/TrackConfirmAction.action

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7010 1870 0000 6779 8289

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here   FEB 16 2013

Sent To  Alliance ONE RECEIVABLES MANAGEMEN
Street, Apt. No.; or PO Box No.  4850 Street RD ste 300
City, State, ZIP+4  Trevose PA 19053

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

```
SACV13- 838 DOC (JPRx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
Tam Le

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
Alliance One Receiveables

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Tam Le
(714) 548-7158
127 Sapphire dr Irvine CA 92602

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ 2,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C 1681 et seq FAIR CREDIT REPORTING ACT

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: SACV13-00838 DOC (JPRx)

**AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.**

CV-71 (02/13)                    CIVIL COVER SHEET                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pennsylvannia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT): _____  DATE: May 30th 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |