1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  CHRISTOPHER M. SPAIN (SBN 265465)
   cspain@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile: (415) 352-2625

6
   Attorneys for Defendant
7  AllianceOne Receivables
   Management, Inc.
8

9                UNITED STATES DISTRICT COURT

10              CENTAL DISTRICT OF CALIFORNIA

11                   SOUTHERN DIVISION

12

13  TAM LE, an individual,              )   CASE NO.: 8:13-cv-00838-DOC-JPR
                                         )
14            Plaintiff,                 )   **STATEMENT OF**
                                         )   **UNCONTROVERTED FACTS AND**
15        vs.                            )   **CONCLUSIONS OF LAW IN**
                                         )   **SUPPORT OF MOTION FOR**
16                                       )   **SUMMARY JUDGMENT BY**
    ALLIANCE ONE RECEIVEABLES,           )   **DEFENDANT ALLIANCEONE**
17                                       )   **RECEIVABLES MANAGEMENT,**
            Defendant.                   )   **INC.**
18                                       )
                                         )
19                                       )
                                         )   Date: December 16, 2013
20                                       )   Time: 8:30 a.m.
                                         )   Courtroom: 9D
21                                       )
                                         )   The Honorable David O. Carter
22  _____ )

23

24

25

26

27

28

Pursuant to L.R. 56-1 of this Court, defendant AllianceOne Receivables Management, Inc. ("AllianceOne"), erroneously sued as Alliance One Receiveables, submits this Statement of Uncontroverted Facts and Conclusions of Law in support of its Motion for Summary Judgment:

| | UNDISPUTED FACT | EVIDENCE IN SUPPORT |
|---|---|---|
| 1. | AllianceOne is a full service, broad spectrum provider of Accounts Receivable Management, Outsourcing and Call Center solutions.  On October 8, 2012, pursuant to a written agreement and as part of the normal course of business between the parties, Citibank, N.A. ("Citibank") referred Plaintiff Tam Le's ("Plaintiff") delinquent account to AllianceOne for collection.  Based on this, AllianceOne reasonably believed that Mr. Le owed the debt to Citibank. | Declaration of Roy Buchholz In Support Of Defendant AllianceOne Receivables Management, Inc.'s Motion For Summary Judgment, ("Buchholz Decl."), ¶ 2. |
| 2. | As part of the collection process, AllianceOne corresponds with and telephones debtors.  To ensure that it has accurate addresses and telephone numbers for the debtors from whom it attempts to collect, AllianceOne engages in "skip tracing," a process designed to obtain or confirm location information.  One source that AllianceOne uses in this process is Experian, a consumer credit reporting agency, which issues consumer credit reports. | Buchholz Decl., ¶ 3. |
| 3. | On February 25, 2010, AllianceOne entered into a subscriber service agreement with Experian, certifying and warranting that it would request and use credit information received from Experian in compliance with all federal, state and local laws, rules, regulations and decisions. | Buchholz Decl., ¶ 4. |

| | | |
|---|---|---|
| 4. | On August 11, 2010, AllianceOne separately certified to Experian that it would comply with all requirements of the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.* ("FCRA"), and that it would use consumer credit information it obtained from Experian solely in connection with credit transactions or for other "permissible purposes," as defined by the FCRA. AllianceOne further certified and warranted that it would request and use information received from Experian solely in connection with transactions involving the consumer as to whom such information was sought, and would not request or use such information for purposes prohibited by law. | Buchholz Decl., ¶ 5. |
| 5. | On October 8, 2012, AllianceOne ordered a copy of Plaintiff's consumer credit report from Experian. AllianceOne did so to confirm that it had the correct contact information for Plaintiff, which it needed to contact him regarding payment of the accounts, and as part of its analysis into Plaintiff's ability to repay the accounts. | Buchholz Decl., ¶ 6. |
| 6. | After acquiring Plaintiff's credit report from Experian, AllianceOne attempted to contact Plaintiff by telephone, and on October 9, 2012, sent him correspondence informing him, among other things, that Citibank had referred his account to AllianceOne for collection. | Buchholz Decl., ¶ 7. |

//

//

1   DATED: September 27, 2013        SIMMONDS & NARITA LLP
2                                          JEFFREY A. TOPOR
                                         CHRISTOPHER M. SPAIN
3

4                                By:   s/Christopher M. Spain
                                         Christopher M. Spain
5                                          Attorneys for Defendant
                                         AllianceOne Receivables
6                                          Management, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28