Tam Le
127 Sapphire Dr
Irvine CA 92602
(714)548-7158
Plaintiff in pro se

FILED
2014 FEB 14 PM 12: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| TAM LE, an individual, | CASE NO.: SACV13-00838 UA DOC (JPRx) |
|---|---|
| Plaintiff, | RESPONSE TO DEFENDANT'S MEMORANDUM IN SUPPORT TO PLAINTIFF OPPOSITION DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT |
| v. | |
| ALLIANCE ONE RECEIVEABLES INC | |
| Defendant. | |

    Plaintiff, Tam Le, hereby responds and opposes defendant's reply memorandum of points and authorities in support of defendant's motion for summary judgment upon the grounds that all evidence submitted by defendant show that there is no triable issues as to any material fact and plaintiff is entitled to judgment as a matter of law, Defendant's pleading is all hearsay and it's councils who already lied on their affirmative defense pleadings therefore, Plaintiff's response to defendant's motion for sanctions should be denied.

    This is a response to Defendant's motion for sanction of defendant's motion for summary judgment, Affidavit of Plaintiff's Tam Le in response of Defendant's memorandum I opposition to

Plaintiff's opposition of summary judgment and strike of declaration of Roy Bulchcolz', response to reply memorandum of points and authorities of motion for sanction by defendant Allianceone Receiveables management.

Plaintiff, respectfully request the indulgence of this court as plaintiff is not schooled in law. This is provided by the precedent set by Haines v. Keaner, et al. 404 U.S. 519.

## INTRODUCTION.

This is a case of deception and lies from Defendant and it's council Chris Spain and Jeffrey Topor who already lied on the record on their affirmative defense and without demonstrating evidence of any legal standing and legal claim.

Defendant alleges a debt owed by Plaintiff by Citibank which Plaintiff <u>denies</u>, and yet defendant fails, refuses, neglect and/or omits to demonstrate that Plaintiff ever had an account or a debt with Citibank but instead defendant attaches a declaration of a Roy Bulcholz that states that he has personnel knowledge that plaintiff has an account with Citibank, (how can a man name Roy Bucholz possibly have personnel knowledge of plaintiff opening an account with Citibank ?). This is an impossible and fallacy statement.

With no legal relationship demonstrated by Defendant, defendant has no legal standing and thereby no triable issues as to any matter of law exist.

On or about Januray 13th, 2013 plaintiff sent a letter to defendant after plaintiff discover his credit report was accessed without a permissible purpose, plaintiff researched about laws and regulations and founded sample letters on the FTC website, thus plaintiff exercised the assignment instructed by the FTC and this was an EFFORT TO MITIGATE, and a courtesy before filing this lawsuit, prior and during litigation Plaintiff made several attempt to mitigate in good faith that defendant still cannot provide any evidence and proof and material facts,

1  Plaintiff stated that on his complaint that Plaintiff

2  **ARGUMENTS**

3

4  Defendant did receive Plaintiff's EFFORT TO MITIGATE, they pleaded on their affirmative
5  defense that plaintiff failed to. Prior of filing this lawsuit, plaintiff made reasonable effort to settle
6  and mitigate this case. Thus plaintiff only asked for statutory damages pursuant to 15 U.S.C 1681
7  et seq, and plaintiff added $500 in case defendant tried to negotiate their willful errors, because
8  defendant is either unable and or refuses to provide any proof, evidence and or material facts that
9  plaintiff ever has an account with the allege creditors, defendant never provided any proof and or
10 material facts, but instead they replied with an in house council name Wole Awoyinka that makes
11 plaintiff believes that this is nothing more than another famous Nigerian scam letter, stating that
12 plaintiff owes a debt, Thus Plaintiff was forced to file this lawsuit so plaintiff can pursue justice
13 and propound discovery to defendant and up to date, defendant still continues to refuse to provide
14 plaintiff any evidence, and instead defendant lies on their pleadings and affirmative defense
   stating.

15

16

17

18

19

20 **DEFENDANT'S ASSERT UNDER PAIN AND PENALTY OF PERJURY" HE HAS FIRST
21 HAND KNOWLEDGE" OF PLAINTIFF OPENING AN ACCOUNT AT CITIBANK. YET
22 FAILS TO DEMONSTRATE ANY MATERIAL FACTS.**

23

24 Defendant attaches a declaration of a Roy Bucholz, that states that he has personnel knowledge
25 that Plaintiff has an account with Citibank, because he is a senior citizen vice president of a
26 deceptive company name ALLIANCE ONE RECEIVEABLES.

27   1. This is deception and fraud from defendant, because this person Roy Bucholz has never
28      met with plaintiff and or there were never any meetings of the minds between plaintiff and

1   Roy Bucholz. Furthermore Plaintiff will never associate himself with anybody with such a
2   horrible ridiculous name that sounds like a Russian communist, therefore by now if
3   defendant hasn't clearly understood plaintiff, plaintiff **denies** opening an account with
4   Citibank.

6   2. To illustrate the defect in defendant's incomplete statement, Plaintiff presents (2) two
7   example:

Ex.1) A landlord call his tenant and says, "Your rent is late, have you sent your payment ?" The tenant replies, "Yes, the check is the mail". The landlord then asks, "Can you give me the check number, account number and the day you mailed i?" The tenant replies" you do not need that, I am telling you the check is in the mail, trust me!" If, and when, the landlord receives proof and sees the check, the defect is obvious cure. The landlord calls back three days later " I have not yet receive your check, can I have some evidence or proof of that check, can you give me a check number, account number and the day you mailed it ?" The tenants replies" you do not need that, I am telling you the check is in the mail, "trust me!" If, and when, the landlord receives proof and sees the check, the defect is obvious cure.
 In this matter defendant fails to evidence the " account", LOAN, debt ; possibly in the hopes that plaintiff does not understand to ask and/or on the hopes this court would take defendant's fake evidence of a debt and account and "trust me" there was an account a debt and a person by the name of Roy Bulochz who saw you opening an account as adequate to create a legal relationship, of which it is not.

Ex.2) Plaintiff also has the ability attach and fabricate a declaration/ photocopy of anything that is not authenticated, at this time plaintiff will demonstrate that anything could be fabricated in 10 min or less, and plaintiff's example is far more clearer evidence than Defendant's ridiculous cheap made exhibit bill and declaration. Plaintiff is informed, believes and thereon alleges that this is true and correct, (please see exhibit P1)

1.) Anybody has the ability to create fabricated a declaration just like the one defendant attached from Roy Bulcholz.

2.) Plaintiff attached a photo of Council Chris Spain showing intimacy with other men, plaintiff then alleges that Jeffrey Topor loves pork chops for breakfast. This is a clear evidence by looking at Jeffrey Topor's smile and face figure that he enjoys eating pork chops and Chris Spain loves to have intimacy with men, Plaintiff has first hand knowledge of this FACT because of this photo proven, however the question is does plaintiff have firsthand knowledge that Chris Spain does really like to have intimacy with other men ? or did Chris Spain only took this photo shop because he was being compensated and he needed to pay his way to college and law school ? Only Chris Spain has first hand knowledge of the reasons why he would pose in this photo with such intimacy towards men, and the very same for Jeffrey Topor, only he has first hand knowledge that he loves pork chops or prefers beef stew and ham over pork chops. Thus this declaration of Roy Bulchoz has no standing on this motion. (please see exhibit p2)

Defendant has no knowledge of an account, or a debt form plaintiff or alleged debt owed to plaintiff (affidavit of Tam Le). Plaintiff has no knowledge of the account alleged by Defendant. There is no evidence of an account of debt (affidavit of Tam Le). With no LOAN, there can be no debt. <u>An account stated cannot create liability where none exists. Trafton v Youngblood (1968) 69 Cal.2nd.17,26.</u>

This is a case of fraud; it is axiomatic that fraud vitiates everything. In re Village of Willowbrook, 37 Ill. App.2d 393(1962)

Defendant's assertion that an account and debt was made is a fallacy.

WHERE NO TRIABLE ISSUED AS TO ANY MATTER OF LAW A MOTION FOR SUMMARY JUDGEMENT MUST BE DENIED.

With no Debt, Account stated of "money lent", there can be no legal relationship. Defendant brings into evidence a defective declaration account stated that demonstrates only a made up debt and number from an allege creditor.

Secondly, defendant fails to state under penalty of perjury from where (which one of defendant's accounts) and what date written agreement from plaintiff "debt""credit" Loan" "money" originated.."appeared". and how he has personnel knowledge of plaintiff opening an account, and the pursuant written statement from plaintiff that defendant allege in their motion for summary judgment.

Defendant's account state is defective and statement under penalty of perjury incomplete, defendant fails to demonstrate there was ever a Loan, and a debt and an account.

Defendant brings the Motion for Summary Judgment on the grounds there are no genuine issues of material fact in dispute and all papers submitted show that there are no triable issues as to any matter of law. Therefore defendant's opposition should be denied and Plaintiff's response of opposition for summary judgment shall be granted.

Defendant sites all these case laws that are irrelevant to plaintiff, all these case laws were lost by procedures and none of the plaintiffs continued their litigation.

## CONCLUSION.

There is no evidence of an account, written agreement, loan, "credit" lent, and defendant's account state is defective. Furthermore, plaintiff has no knowledge of a loan, account or the allege debt, therefore plaintiff denies any allege debt. With no loan, there can be no debt and collection on a debt with no evidence of a loan is fraud.

Defendant's assertion that a debt and account exists by some defective declaration and through their attorneys who already lied on the record and has no first hand knowledge creates a legal standing is a fallacy. Debt is the consequence of a loan always; like a child born, first comes the mother. For the latter to exist first without the former, is a impossibility; unless defendant is able to create something from nothing, an act of god.

Plaintiff has no knowledge of debt allege by defendant, therefore plaintiff denies the allege debt.

Defendant produced into evidence of no loan, no account, no debt.

With no loan there can be no legal consideration.

With no legal or fiduciary relationship there can be no legal standing.

With no legal standing there can be no legal claim.

DATED this ___ day of February 14th 2014

By: _____
Tam Le
Plaintiff in pro se

# EXHIBIT(P1)

Declaration of Chris Spain and Jeffrey Topor

1  Tam Le
   127 Sapphire Dr
2  Irvine CA, 92602
3  (714) 548-7158
   Ttle83ss@yahoo.com
4  Plaintiff in pro se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

TAM LE,

      Plaintiff,

vs.

ALLIANCE ONE RECEIVEABLES ,

      Defendant.

Case No.: 8:13-cv-00838-DOC-JPR

**DECLARATION OF CHRIS SPAIN AND JEFFREY TOPOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MEMORANDUM OF DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT.**

    1.I am Chris Spain, beside practicing law and lying on the record for my affirmative defenses, I enjoy entertaining men and I pluck my eyebrows please see exhibit(P2), I like the looks of young men like Justin Bieber, but I prefer being in relationship with a mature man. I Have lied on the record violated the business profession code 6068(d) I was not consistent with the truth, and I have no first hand knowledge of any facts either.

    2. My name is Jeffey Topor, I am only interested in women when I'm in public, I too have lied on the record for my affirmative defense, I knew I talked to Plaintiff and he made several offer to mitigate with the defendant, but I thought I would throw it out there to make this sound cool and legit, just like in the episodes of LAW AND ORDER, I knew however this was a

1  violation of the Business profession Code 6068 (d). I was not consistent with the truth. I admit that
2  I am little overweight and people tells me I have a double chin, please see exhibit P(3) therefore I
3  need to be on diet and exercise more so I can be healthy, look fit and lean like Plaintiff, because I
4  am overweight and the doctor said I have high cholesterol.

Dated: February 13, 2014

Respectfully Submitted,

s/Christopher M. Spain_____
s/Jeffrey T. Topor
A happily secret homosexual couple

# EXHIBIT (P2)

Chris Spain showing intimacy with other men, Jeffrey Topor loves Porkchop

# SIMMONDS & NARITA LLP

ABOUT | PEOPLE | PRACTICE | ARTICLES | CONTACT

**A California Law Firm**
**Specializing in Complex Litigation Matters**

Simmonds & Narita LLP is a law firm with an emphasis on consumer financial services litigation.

Thursday February 13, 2014

## Jeffrey Topor



*[handwritten annotations around photo: "Breakfast Burrito", "Pork Chop", "Double Chin", "Diabetes, High Cholesterol"]*

Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Direct Dial: (415) 283-1007
Facsimile: (415) 352-2625
E-mail: jtopor@snllp.com

Download vCard

Jeff Topor specializes in complex litigation, with an emphasis on defending debt buyers, debt collectors and law firms in federal and state courts against individual and class claims under the Fair Debt Collection Practices Act, the Telephone Consumer Protection Act and the Fair Credit Reporting Act. Mr. Topor has tried cases before juries in both state and federal court in California, and also has extensive experience in federal and California appellate courts. Previously, Mr. Topor was associated with a national complex litigation firm in San Francisco, where he successfully litigated private antitrust consumer class actions against a major software manufacturer, resulting in settlements worth almost $1.3 billion for California and Minnesota businesses and individuals.

Before entering private practice, Mr. Topor was employed as a Staff Attorney at the United States Court of Appeals for The Ninth Circuit, in San Francisco. As a Staff Attorney, he orally presented to three-judge panels for disposition more than fifty appeals presenting a wide variety of civil and criminal legal issues. And, as a Motions Attorney at the Court, he developed particular expertise in appellate motion practice, presenting hundreds of motions, both dispositive and non-dispositive, to the Court for resolution. Before returning to Northern California, where he was raised, Mr. Topor held a similar position in the Office of Staff Attorneys at the United States Court of Appeals for The Eighth Circuit in St. Louis for two years, and he clerked for a Minnesota state trial court judge.

Education/Memberships, click here

Recent Litigation & Other Matters, click here

Published Decisions, click here

### Partners & Associates

- Michael Simmonds
- Tomio Narita
- Jeffrey Topor
- Lindsey Morgan
- Liana Mayilyan

Simmonds & Narita LLP is a small firm of highly-skilled attorneys who specialize in complex business litigation. The firm has significant expertise in defending individual actions and class actions filed against companies that operate in the consumer financial services industry. We handle cases filed in federal and state courts throughout California and in other states through local counsel. Simmonds & Narita also advises clients on a variety of regulatory, compliance, operational and transactional issues arising under federal and state laws relating to banking, consumer protection and consumer financial services.

To learn more about our practice, click here.

---

© 2014 Simmonds & Narita LLP, All Rights Reserved
44 Montgomery Street, Suite 3010
San Francisco, California 94104

website by New Media Works

**About The Firm**
- Affiliations & Links
- Disclaimer
- View Mobile Site

**Partners & Associates**
- Michael Simmonds
- Tomio Narita
- Jeffrey Topor

**Practice Areas**
- Complex Business Litigation
- FDCPA/FCRA Litigation
- Compliance & Regulatory Advice



*Handwritten annotations: "Chris Spain / Feminin bottom" (arrow pointing to leftmost figure); "Pluck eyebrows" (arrow pointing to leftmost figure)*

12/3/13     Simmonds & Narita, LLP - A California Law Firm Specializing in Complex Litigation Matters

## SIMMONDS & NARITA LLP

ABOUT    PEOPLE    PRACTICE    ARTICLES    CONTACT

A California Law Firm
Specializing in Complex Litigation Matters

Simmonds & Narita LLP is a law firm with an emphasis on consumer financial services litigation.

Tuesday December 03, 2013



### Christopher Spain

*Handwritten annotations: "Justin Bieber" (pointing to head); "emin Smile" (pointing to mouth); "Pluck eyebrows"*



Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Direct Dial: (415) 283-1012
Facsimile: (415) 352-2625
E-mail: cspain@snllp.com

Download vCard

Christopher Spain focuses his practice on complex litigation, with a special emphasis on the defense of consumer financial services litigation matters. Chris joined Simmonds & Narita after practicing as a litigation associate for Arnold & Itkin in Houston, Texas.

### Partners & Associates

- Michael Simmonds
- Tomio Narita
- Jeffrey Topor
- R. Travis Campbell
- Lindsey Morgan
- Christopher Spain

Simmonds & Narita LLP is a small firm of highly-skilled attorneys who specialize in complex business litigation. The firm has significant expertise in defending individual actions and class actions filed against

# PROOF OF SERVICE

UNITED STATES DISTRIT COURT for the CENTRAL DISTRICT

RE:

I, *Marguerite DeSelms* am over the age of 18 years and am not a party to the within action. I am a resident of or employed in the county of Orange where the mailing took place. My residence or business address is:

5 PARK PLAZA, STE. 650
IRVINE, CA 92614

At approximately _____, I mailed the following documents:

1. Opposition Defendant's Motion for Summary Judgement
2.
3.

I served the documents via mail by enclosing all the above described pages into an envelope and depositing the sealed envelope with the United States Postal Service. The envelope was addressed and mailed as follows:

Simmonds Narita LLP
44 Montgomery St, San Francisco
CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Feb 13, 2014

Marguerite DeSelms
(TYPE OR PRINT NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)